# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-59294 |
| Rodney Harrington } | |
| } | |
| Rita Harrington } | |
| } | |
| **Debtor(s)** } | Chapter 13 |

### Notice of Change of Address

My Former Mailing Address was:

Name:       Rodney and Rita Harrington

Street:        1943 Bay Port Dr

City, State, Zip: Grove City, OH 43123

**Please be advised that effective January 16th, 2015,
my new mailing address is:**

Name:        **Rodney and Rita Harrington**

Street:         **1341 Bread St Apt** B

City, State ,Zip:   **Gahanna, OH 43230**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic. mail on January 16th, 2015 to the following:
**Trustee:**
**Frank M Pees**
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Rodney and Rita Harrington
1341 Bread St   Apt B
Gahanna, OH 43230

                                              Respectfully Submitted,

                                              /s/ Erin E. Schrader
                                              Erin E. Schrader (0078078)
                                              5 East Long Street
                                              Suite 300
                                              Columbus, Ohio 43215
                                              (614) 228-4480